Paul S. Rosenlund (SBN 87660)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA  94105-1127
Telephone: 415.957.3178
Facsimile: 415.520.5479
E-mail:   PSRosenlund@duanemorris.com

Attorneys for Defendant
DAISO CALIFORNIA LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| AMY HARRINGTON and GABRIEL RAMOS, on behalf of themselves and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>DAISO JAPAN, a Japanese corporation, DAISO CALIFORNIA LLC, a California corporation, and DOES 1 through 100 inclusive,<br><br>    Defendants. | Case No.: 3:10-cv-03876-SC<br><br>**STIPULATION TO EXTEND TIME** |

  The parties hereto, by and through their counsel of record, hereby stipulate, pursuant to Civil L.R. 6-1(a), that defendant Daiso California LLC, a California limited liability company, incorrectly named as a California corporation, shall have up to and including January 14, 2011 in which to answer or otherwise respond to the First Amended Complaint.  This is the second stipulated extension of time.

///

///

///

DM1\2455637.1

Dated: January 5, 2011          **DUANE MORRIS LLP**

                                By:    /s/
                                    Paul S. Rosenlund
                                    Attorneys for Defendant
                                    DAISO CALIFORNIA LLC


Dated: January 5, 2011          **LAW OFFICES OF JULIO J. RAMOS** and
                                **WARD & HAGEN, LLP**

                                By:    /s/
                                    Julio J. Ramos
                                    Attorneys for Plaintiffs
                                    AMY HARRINGTON and GABRIEL RAMOS


### ATTESTATION OF CONCURRENCE IN FILING

In accord with the Northern District of California General Order No. 45, Section X.(B), I attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature pages.

Dated: January 5, 2011          **DUANE MORRIS LLP**

                                By:    /s/
                                    Paul S. Rosenlund
                                    Attorneys for Defendant
                                    DAISO CALIFORNIA LLC

IT IS SO ORDERED
Judge Samuel Conti

## PROOF OF SERVICE

*Amy Harrington & Gabriel Ramos vs. Daiso Japan, et al.*
USDC – Northern District of California, Case No.3:10-cv-03876-SC

I am a citizen of the United States, over the age of 18 years, and not a party to interested in the cause. I am an employee of Duane Morris LLP and my business address is One Market, Spear Tower, Suite 2200, San Francisco, California 94105. I am readily familiar with this firm's practices for collecting and processing correspondence for mailing with the United States Postal Service and for transmitting documents by FedEx, fax, email, messenger and other modes. On the date stated below, I served the following documents:

## STIPULATION TO EXTEND TIME

__1. 2__   BY ELECTRONIC SERVICE:  Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

| | | |
|---|---|---|
| **1.** | Julio J. Ramos, Esq.<br>Law Offices of Julio J. Ramos<br>35 Grove Street, Suite 107<br>San Francisco, CA 94102 | Attorneys for Plaintiffs<br>Amy Harrington and Gabriel Ramos<br>TEL:  (415) 948-3015/ FAX: (415) 469-9787<br>EMAIL:  ramosfortrustee@yahoo.com |
| **2.** | Steven M. Nuñez, Esq.<br>Ward & Hagen, LLP<br>440 Stevens Avenue, Suite 350<br>Solana Beach, CA 92075 | Attorneys for Plaintiffs<br>Amy Harrington and Gabriel Ramos<br>TEL:  (858) 847-0505/ FAX:  (858) 847-0105<br>EMAIL:  steve@wardhage.com |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated:  January 5, 2011                    ____/ s / Blanca A. Herrera_____
                                                            Blanca A. Herrera