1  JULIO RAMOS (No. 189944)
   LAW OFFICES OF JULIO J. RAMOS
2  35 Grove Street, Suite 107
   San Francisco, California 94102
3  Telephone:    (415) 948-3015
   Facsimile:    (415) 469-9787
4
   Attorneys for Plaintiff AMY HARRINGTON and GABRIEL RAMOS
5
   **UNITED STATES DISTRICT COURT**

   **NORTHERN DISTRICT OF CALIFORNIA**

| AMY HARRINGTON, GABRIEL RAMOS on behalf of themselves and all others similarly situated, | ) ) ) ) | Case No. 10 CV 03876 (SC) |
|---|---|---|
| Plaintiffs, | ) ) | **STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS AND RESET HEARING DATE AND CASE MANAGEMENT CONFERENCE** |
| vs. | ) ) ) | |
| DAISO JAPAN a Japanese Corporation, DAISO CALIFORNIA LLC. a California Corp. and DOES 1 through 100 inclusive, | ) ) ) ) | |
| Defendants. | ) ) | |

**STIPULATION TO EXTEND TIME**

The parties hereto, by and through their counsel of record, hereby stipulate, pursuant to Civil L.R. 6-1(a), the Plaintiffs shall have up to and including April 8, 2011 in which to respond to the Defendant's Motion to Dismiss, reply is due April 15, 2011. The motion hearing set for March 4, 2011 is reset for April 29, 2011 and the case management conference is reset for May 27, 2011.

---

**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS AND RESET HEARING DATE AND CASE MANAGEMENT CONFERENCE**

Dated: February 9, 2011

By: /s/ Julio J. Ramos
Attorneys for Plaintiffs
AMY HARRINGTON and GABRIEL RAMOS and a class of similarly situated

Dated: February 9, 2011 **DUANE MORRIS LLP**

By: /s/ Paul S. Rosenlund
Attorneys for Defendant
DAISO CALIFORNIA LLC

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with the Northern District of California General Order No. 45, Section X.(B), I attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature pages.

By: /s/ Julio J. Ramos
AMY HARRINGTON and GABRIEL RAMOS and a class of similarly situated

-1-
**STIPULATION TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS AND RESET HEARING DATE AND CASE MANAGEMENT CONFERENCE**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY HARRINGTON, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DAISO JAPAN a Japanese Corporation DAISO CALIFORNIA LLC a California Corp. and DOES 1 through 100 inclusive,<br><br>　　　　Defendants. | Case No. CV 10-3876(SC)<br><br>**[PROPOSED] ORDER** |

**ORDERED AS STIPULATED**

The Plaintiffs shall have up to and including April 8, 2011 in which to respond to the Defendant's Motion to Dismiss, reply is due April 15, 2011. The motion hearing set for March 4, 2011 is reset for April 29, 2011 and the case management conference is reset for May 27, 2011.

**ORDERED AS STIPULATED**

Dated: __February 10__, 2011

_____
Hon. Sam
Judge Uni... ...urt

*IT IS SO ORDERED*
*Judge Samuel Conti*

**[PROPOSED] ORDER**