# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| AMY HARRINGTON and GABRIEL RAMOS, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DAISO JAPAN, a Japanese corporation, DAISO CALIFORNIA LLC, a California limited liability company, and DOES 1 through 100 inclusive,<br><br>Defendants. | Case No.: 3:10-cv-03876-SC<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

This Court's order of May 26, 2011 (ECF No. 40, the "Order") granted the motion of Defendant Daiso California LLC to dismiss the First Amended Complaint without prejudice pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state claims upon which relief can be granted, and provided that if Plaintiffs do not file an amended complaint within thirty (30) days of the Order, the Court will dismiss Plaintiffs' action in its entirety with prejudice.

Plaintiffs have failed to file an amended complaint within thirty (30) days of the Order, and the Court hereby orders that this action is dismissed in its entirety WITH PREJUDICE.

IT IS SO ORDERED.

Dated: July 5, 2011

_____
UNITED STATES DISTRICT JUDGE

DM1\2711133.1 R1541/00002